IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SILVER STATE CONSTRUCTION COMPANY, INC., Plaintiff, | ) | |
| v. | ) | No. 05-978C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Doris S. Finnerman as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Doris S. Finnerman
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Doris S. Finnerman
Doris S. Finnerman
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0300
Facsimile: (202) 305-7643

September 28, 2005

CERTIFICATE OF FILING

I hereby certify that on September 28, 2005 a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Doris S. Finnerman