IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SILVER STATE CONSTRUCTION COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-978C |
| v. | ) | Judge Bush |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 45 days, to and including December 23, 2005, within which to file its response to the complaint. The response is currently due on November 8, 2005. Counsel for plaintiff has informed counsel for the defendant that he does not oppose this request for an enlargement of time. No previous enlargements of time for this purpose have been requested or granted.

Counsel of record promptly furnished a copy of the complaint to the Department of the Interior (“DOI”). While DOI has been gathering the information necessary to provide the litigation report required by 28 U.S.C. § 520, DOI has requested additional time to complete the litigation report. Undersigned counsel will then require a reasonable amount of time to prepare defendant's response to the complaint.

In addition, counsel for the defendant requests the additional time because counsel for the Government has other commitments that require a substantial amount of her time. In

particular, counsel had an oral argument in Stone v. OPM, Fed. Cir. No. 05-3019, on October 3, 2005. Counsel was required to file a brief in Lakey-Scott v. Justice, Fed. Cir. No. 05-3139, on October 13, 2005. On October 21, 2005, counsel was required to file post-trial stipulations of fact in Spodek v. United States, Fed. Cl. No. 03-1444C, and a post-trial brief is due to be filed on November 21, 2005. On October 24, 2005, counsel filed a motion to dismiss in American Floor Consultants and Installations, Inc. v. United States, Fed. Cl. No. 05-921C. On October 27, 2005, counsel filed a motion to dismiss or, in the alternative, a motion for summary judgment in Cincinnati Insurance Co. v. United States, 154-05-751. On October 31, 2005, counsel had an oral argument on defendant's motion for summary judgment in Medgar Evers Houses Assocs. Ltd. Partnership v. United States, Fed. Cl. No. 96-809C. On November 4, 2005, counsel is required to file a brief in Stephens v. DVA, Fed. Cir. No. 05-1606. Counsel is currently defending a bid protest action in Precision Standard v. United States, Fed. Cl. No. 05-1125C, and she is required to file briefs on November 10, November 16, and November 21, 2005, and to participate in oral argument on November 29, 2005. Counsel is required to file a brief in Smith v. United States, Fed. Cir. No. 05-5146, on November 18, 2005, and she is required to file a brief in Kokenge v. DVA, Fed. Cir. No. 05-7184, on November 28, 2005. Finally, counsel has an oral

argument in Discenza v. Navy, Fed. Cir. No. 05-3078, on December 9, 2005.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr. /by
William F. Ryan
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

November 3, 2005