# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SILVER STATE CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-978C - ADR Pilot**
**Filed: November 14, 2005**
**cc: Judge Bush**

## O R D E R

An ADR conference was held in the above-captioned case on November 14, 2005. During the conference, counsel for both parties indicated that continuing with ADR proceedings could be appropriate in this case. Therefore, as discussed with the parties, the court schedules an ADR conference for **Wednesday, January 11, 2006, at 11:00 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (303) 572-3100 and defendant at (202) 307-0300. In the interim, the parties shall continue to collect information and consult with each other.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**