# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**SILVER STATE CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-978C - ADR Pilot**
**Filed: January 11, 2006**
**cc: Judge Bush**

## O R D E R

An ADR conference was held in the above-captioned case on January 11, 2006. During the conference, counsel for both parties indicated that continuing with ADR proceedings is appropriate in the case. The parties requested three months to continue their efforts. Therefore, the parties shall file a joint status report on their settlement progress on or before **Tuesday, April 11, 2006**. The court schedules an ADR conference for **Tuesday, April 18, 2006, at 11:00 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (303) 572-3100 and defendant at (202) 307-0300.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**