# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | * |
| SILVER STATE CONSTRUCTION COMPANY, INC., | * |
| Plaintiff, | * |
| v. | * |
| UNITED STATES, | * |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * * * | * |

**No. 05-978C - ADR Pilot**
**Filed: April 12, 2006**
**cc: Judge Bush**

**O R D E R**

The court is in reciept of the parties' April 11, 2006 ADR joint status report. In their report, the parties request to reschedule the ADR conference currently scheduled for April 18, 2006. The court **GRANTS** the parties' request and **RESCHEDULES** the ADR conference to **Monday, May 1, 2006, at 11:00 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (303) 572-3100 and defendant's counsel at (202) 307-0300.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**