# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**SILVER STATE CONSTRUCTION COMPANY, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-978C - ADR Pilot**
**Filed: May 17, 2006**
**cc: Judge Bush**

## O R D E R

A brief, follow-up ADR conference was held in this case on May 17, 2006. During the conference, as indicated by the parties at an earlier conference, the parties agreed to conduct an in-person ADR conference. Therefore, an ADR conference is scheduled as suggested by the parties for **Monday, July 17, 2006 at 9:00 a.m. MDT**. The conference is planned to continue for two to three days. To discuss final preparations for the ADR conference, a telephone conference will be scheduled and further information will be disseminated as location and plans are confirmed. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**