# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * | * | |
| **SILVER STATE CONSTRUCTION COMPANY, INC.,** | * | |
| **Plaintiff,** | * | **No. 05-978C - ADR Pilot** |
| **v.** | * | **Filed: June 27, 2006** |
| | * | **cc: Judge Bush** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

## O R D E R

An ADR in-person conference is scheduled in this case to start on Monday, July 17, 2006. That conference is planned to continue for two to three days. To discuss the proceedings to be conducted, the court schedules a brief telephonic ADR conference for **Wednesday, June 28, 2006 at 11:30 a.m. EDT.** Unless otherwise notified, the court will contact plaintiff's counsel at (303) 572-3100 and defendant's counsel at (202) 305-7643. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**