# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **SILVER STATE CONSTRUCTION COMPANY, INC.,** | |
| **Plaintiff,** | **No. 05-978C - ADR Pilot** |
| **v.** | **Filed: June 28, 2006** |
| **UNITED STATES,** | **cc: Judge Bush** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

An ADR, in-person conference is scheduled in this case to start on **Monday, July 17, 2006 at 9:30 a.m. MDT**. The court has reserved ADR Suites 2 and 4 on the third floor of the United States District Court located at 333 Lomas N.W., Albuquerque, NM 87102. That conference is planned to continue for two to three days. In preparation for the in-person conference, the parties have agreed to provide the undersigned ADR judge with an agenda, as well as any necessary documentation. Those documents shall not be filed with the court, but shall be provided to the chambers of the undersigned ADR judge. The parties have also agreed to provide the undersigned with a final list of individuals who will attend the ADR conference. That list may be submitted to chambers via electronic mail at Horn_Chambers@ao.uscourts.gov. The court looks forward to working with the parties in the ADR process to assist in reaching a swift and amicable resolution to this case. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**