18

ORIGINAL

FILED
JAN 16 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SILVER STATE CONSTRUCTION COMPANY, INC., )
Plaintiff, )
v. ) No. 05-978C (Judge Bush)
THE UNITED STATES, )
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael D. Austin as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: January 16, 2007

Michael D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0321
Telecopier: (202) 305-7644

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this, the 16th day of January, 2007, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE," addressed as follows:

Daniel E. Evans
Godin & Baity, LLC
1050 17th Street, Suite 1610
Denver, CO 80625

______________________________