ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SILVER STATE CONSTRUCTION COMPANY, INC., Plaintiff, | ) | No. 05-978C |
| v. | ) | Judge Bush |
| THE UNITED STATES, Defendant. | ) | |

FILED
FEB 6 2007
U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated that the complaint in the above-entitled action shall be dismissed with prejudice, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, with each party to bear its own costs and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0321
Fax: (202) 305-7643

Attorneys for Defendant

DANIEL E. EVANS
Godin & Baity, LLC
1050 17th Street, Suite 1610
Denver, CO 80625
Tel: (303) 572-3100
Fax: (303) 572-3400

Attorney for Plaintiff

February 2, 2007

Feb 6 2007 - Complaint dismissed pursuant to Rule 41(a)(1)(ii) this day.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on February 2, 2007, by means of

- ☐ electronic mail
- ☐ facsimile
- ☐ hand delivery
- ☐ overnight mail
- ☒ United States mail

copies of "STIPULATION OF DISMISSAL WITH PREJUDICE" were served upon the following person(s):

Daniel E. Evans
GODIN & BAITY, LLC
1050 Seventeenth Street
Suite 1610
Denver, Colorado 80265

Attorney for Plaintiff

____________________________

Docket No. 5-978

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Bush
FROM: CLERK'S OFFICE

The attached was received on 2/2/2007
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ______________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 52.1(b) | Re: statement of facts and/or counter-statement of facts is missing |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ______________________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an *ECF* case.
8. ✓ Filing should be completed electronically

[signature]
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***

***(Note - This is a separately written order)***

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

____ Returned to party.

Lynn J. Bush

Signature

2-05-07

Date

FEB 6 2007